AO91 (Rev. 12/03) Criminal Complaint  *Felony*  AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Magdalena GONZALEZ
A206 896 382 United States

**CRIMINAL COMPLAINT**

Case Number: B-15- 404-MJ

United States District Court
Southern District of Texas
FILED

APR 29 2015

David J. Bradley, Clerk of Court

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __April 27, 2015__ in __Willacy__ County, in the __Southern District Of Texas__ defendant(s)

knowingly, willfully, and unlawfully combine, conspire and agree, in reckless disregard of the fact that 4 undocumented aliens had entered the United States in violation of law and was then and there present in the United States in violation of law, did transport and move said aliens by means of a motor vehicle with intent to further their unlawful presence,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(v)(I)(ii)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

On April 27, 2015, at approximately 8:19 p.m. Agents with the Harlingen Border Patrol Station were notified to assist the Raymondville Police Department with a traffic stop at the intersection of South 4th Street and W. Hidalgo in Raymondville, Texas. After Agents arrived at the scene, Officer D. Osorio notified the agents that he conducted a traffic stop on the vehicle driven by, Magdalena Gonzalez, for speeding. During the traffic stop Officer Osorio requested and was granted a voluntary consent to search the vehicle by Magdalena Gonzalez. While conducting a search of the vehicle Officer Osorio discovered 4 subjects concealed in the trunk of the vehicle. Subsequently, Agents arrived at the scene, conducted immigration inspections and concluded that the 4 subjects concealed in the trunk were present in the U.S. illegally. Through further investigation, it was determined that the driver, Magdalena Gonzalez is a United States citizen and conspired with an unknown person to assist in the smuggling of the undocumented immigrants by transporting them, thus furthering their entry into the United States.
At time of arrest subject, had $144.00 USD.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/ Delgado, Homero  Border Patrol Agent
Signature of Complainant

Delgado, Homero  Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 29, 2015                                         at        Brownsville, Texas
Date                                                                      City/State

Ignacio Torteya III          U.S. Magistrate Judge
Name of Judge              Title of Judge              Signature of Judge